# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

JOSE ALVARO FLORES URIBE,            )
                                      )
    Petitioner,                      )
                                      )
v.                                    )    Case No. CIV-25-1376-G
                                      )
DON JONES, Director of Kay County     )
Detention Center, et al.,             )
                                      )
    Respondents.                     )

## ORDER

On December 30, 2025, certain Respondents filed an Objection (Doc. No. 11) to the Report and Recommendation issued on December 18, 2025 (Doc. No. 10).

Given the expedited nature of the proceedings, Petitioner Jose Alvaro Flores Uribe is DIRECTED to file any response to Respondents' Objection (Doc. No. 11) on or before January 9, 2026.

IT IS SO ORDERED this 2nd day of January, 2026.

CHARLES B. GOODWIN
United States District Judge